THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLADYS JACQUES (GLADYS JOCK), Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE MELTZER, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAQUETTE FALLS LAND COMPANY, Appellant (Warren County Action.) — Order unanimously affirmed, with ten dollars costs and disbursements, for the reasons stated by Borst, J., at Special Term (Reported in 100 Misc. Rep. 601); and also because the question, if valid, that plaintiff having vacated the judgment in the Essex county action the defendant is entitled to similar relief in this action, should have been raised by the defendant and adjudicated in that action.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NELSON H. SADLEMIRE, Relator, v. JOSEPH F. TINNEY, as Commissioner of Public Safety of the City of Watervliet, County of Albany, New York, Respondent.— Motion denied on payment by defendant of the costs of the certiorari proceeding and the salary of the relator to June 3, 1918.

SWARTMORE TEXTILE CO., INC., Respondent, v. MORRIS BERNHARD COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHN K. STEWART & SONS, Respondent, v. ALBERTA UNDERWEAR CO., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

GERTRUDE SULLIVAN, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

BRIDGET SHANNON, Appellant, v. JAMES P. SHANNON, Respondent.— Judgment and order unanimously affirmed, with costs.

FRANK TYO, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, and THE NEW HAMPSHIRE FIRE INSURANCE COMPANY, Defendants, Impleaded with THE MASSENA TERMINAL RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Lyon, J., not sitting.

CHARLES EDWARD VOSBURY, Appellant, v. CORTLAND STANDARD PRINTING COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

WALSH CONSTRUCTION COMPANY, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FREEDOM E. CHASE, Respondent, for Compensation under the Workmen's Compensation Law, v. EASTERN ESTATE TEA COMPANY (WILLIAM E. AITKEN, Owner), Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals denied.

JAMES A. CLEVELAND and JOHN M. McDOWELL, Respondents, v. MASON J. CLARK, Appellant.— Order and judgment reversed, with costs, and motion denied, with ten dollars costs. All concurred.